OPINION # ___0 - 7540___ WAS NEVER ISSUED OR

WAS WITHDRAWN.